# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION

CHAMBERS OF
ALEXANDER WILLIAMS, JR.

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770

UNITED STATES DISTRICT JUDGE

301/344-0637
fax  301/344-067

June 9, 2008

MEMO TO COUNSEL RE:       B&W CONTRACTORS, LLC., et al.
                         v.
                         GENERAL MOTORS CORPORATION
                         (AW-07-0093)

Dear Counsel:

The Court has set in a hearing on the two pending motions in the above referenced matter for June 24, 2008 at 10:00 a.m. in the United States District Court for the District of Maryland, Southern Division, courtroom, 4A.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely,

_____/s/_____
Alexander Williams, Jr.
United States District Judge

cc:      Court File